UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:14-CR-067-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOSE LUIS MORALES SILVA | ) |

**ORDER
ON MOTION TO SEAL
SENTENCING MEMORANDUM**

THIS MATTER is before the Court on defendant's motion to seal his Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the motion is GRANTED, and the defendant's Sentencing Memorandum shall be filed under SEAL.

SO ORDERED, this the 29th day of June, 2016.

*Louise W. Flanagan*

HON. LOUISE W. FLANAGAN
Judge, United States District Court